UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 3:93-CR-92 & 3:02-CR-46 |
| V. | ) | (JORDAN/SHIRLEY) |
| | ) | |
| DONALD WAYNE ROBERTS | ) | |

ORDER OF TEMPORARY DETENTION

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on August 30, 2007. Hugh Ward, Assistant United States Attorney, was present representing the government and Kim Tollison, Assistant Federal Defender, was present representing the defendant. The defendant was also present. The defendant, through counsel, waived a preliminary hearing and a detention hearing and signed the appropriate waivers.

The defendant is scheduled for a revocation hearing on **Wednesday, September 5, 2007,** at **1:00 p.m.,** before the **Honorable Leon Jordan**, United States District Judge. The defendant stated that he understands that he will remain in custody pending the hearing. The defendant is remanded to the custody of the U.S. Marshal and shall be produced for the hearing.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge