UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:02-CR-46 |
| V. | ) | JORDAN/ SHIRLEY |
| | ) | |
| | ) | |
| DONALD WAYNE ROBERTS | ) | |

ORDER OF TEMPORARY DETENTION

A revocation hearing on Petition for Warrant for Offender Under Supervision was held in this case on March 16, 2009. Melissa Millican was present representing the government and Paula Voss, Federal Defender Services, was present representing the defendant. The defendant was also present. The defendant signed a Waiver of Preliminary as well as a Waiver of Detention Hearing. The defendant stated he knew he would remain in custody and had no objection. There was no objection by the government. A revocation hearing is scheduled for **Monday, March 23, 2009** at **9:00 a.m.**, before the Honorable Leon Jordan, United States District Judge

For good cause shown, the defendant's request not to contest, and to waive the preliminary and detention hearings is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private

consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**
ENTER:

_____
C. Clifford Shirley, Jr.
UNITED STATES MAGISTRATE JUDGE